IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

ANTHONY RAY JENKINS,

        Plaintiff,

  v.

                                      Case No. 15-4869-RDR

SEDGWICK COUNTY, KANSAS,
et al.,

        Defendants.

## ORDER

This matter is presently before the court upon the Report and Recommendation issued by Magistrate Judge Gale on April 24, 2015. In the Report and Recommendation, Judge Gale recommended dismissal of plaintiff's complaint under 28 U.S.C. § 1915(e)(2). He determined that plaintiff's complaint failed to state a "comprehensible" cause of action upon which relief could be granted. No objections to Judge Gale's Report and Recommendation have been filed, and the time for doing so has expired.[1] See Fed.R.Civ.P. 72(b). The court has reviewed the thorough Report and Recommendation filed by Judge Gale. Based upon that review and the fact that no objection has been filed to it, the court accepts, adopts and affirms the Report and Recommendation in its entirety. Plaintiff's complaint shall be dismissed for failure to state a claim upon which may be granted.

---

[1] On May 13, 2015, plaintiff did file a document entitled "Motion for Judgment by Default." In that motion, plaintiff asked the court to re-title various pieces of real estate. The court has no power to grant the relief sought by plaintiff. Accordingly, this motion shall be denied.

IT IS THEREFORE ORDERED that the Report and Recommendation issued by Magistrate Judge Gale on April 24, 2015 is accepted, adopted and affirmed.  Plaintiff's complaint is hereby dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

Dated this 21st day of May, 2015, at Topeka, Kansas.


s/Richard D. Rogers
United States District Judge